QUIN DENVIR, Bar #49374
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARK CATLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 03-288-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: July 15, 2005 |
| MARK CATLEY, ) | |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | |
| ) | JUDGE: Hon. Garland E. Burrell |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through DANIEL LINHARDT, Supervising Assistant U.S. Attorney, and defendant, MARK CATLEY by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, May 27, 2005 be continued to July 15, 2005, at 9:00 a.m. for a status conference/change of plea.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The defendant and most of the witnesses are located in the Southern California area.

We anticipate that the defendant will enter a plea of guilty, so counsel for the defendant needs additional time to investigate this case. Furthermore, the defendant needs to discuss details of the agreement with Mr. Linhardt.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for July 15, 2005 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 24, 2005

Respectfully submitted,
QUIN DENVIR
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
MARK CATLEY

DATED: May 24, 2005

McGREGOR W. SCOTT
United States Attorney

/S/ Dennis S. Waks for
_____
DANIEL LINHARDT
Supervising Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: May 26, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge