```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MARK CATLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No.  Cr.S. 03-288-GEB | |
| Plaintiff, ) | | |
| ) | **STIPULATION AND ORDER** | |
| v. ) | | |
| MARK CATLEY, ) | Date: October 21, 2005 | |
| ) | Time: 9:00 a.m. | |
| Defendant. ) | Judge: Hon. Garland E. Burrell | |
| _____ ) | | |

It is hereby stipulated and agreed to between the United States of America through DANIEL LINHARDT, Supervising Assistant U.S. Attorney, and defendant, MARK CATLEY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference presently set for Friday, September 2, 2005 be continued to October 21, 2005 at 9:00 a.m. for a status conference/change of plea.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The defendant and most of the witnesses are located in the Southern California area.

1     We anticipate that the defendant will enter a plea of guilty, so
2 counsel for the defendant needs additional time to investigate this
3 case.  Furthermore, the defendant needs to discuss details of the
4 agreement with Mr. Linhardt.
5     Speedy trial time is to be excluded from the date of this order
6 through the date of the status conference/change of plea set for
7 October 21, 2005 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
8 [reasonable time to prepare] (Local Code T4).
9 Dated: August 29, 2005
                              Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
MARK CATLEY

Dated: August 29, 2005

                              McGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for
_____
DANIEL LINHARDT
Supervising Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: August 30, 2005

                              /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation & Order           2