QUIN DENVIR, Bar #49374
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARK CATLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  Cr.S. 03-288-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| MARK CATLEY, | ) | Date: December 9, 2005 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL LINHARDT, Supervising Assistant U.S. Attorney, and defendant, MARK CATLEY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference presently set for Friday, October 21, 2005 be continued to December 9, 2005 at 9:00 a.m. for a status conference/change of plea.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The defendant and most of the witnesses are located in the Southern California area.

1     We anticipate that the defendant will enter a plea of guilty, so
2 counsel for the defendant needs additional time to investigate this
3 case.  Furthermore, the defendant needs to discuss details of the
4 agreement with Mr. Linhardt.
5     Speedy trial time is to be excluded from the date of this order
6 through the date of the status conference/change of plea set for
7 December 9, 2005 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
8 [reasonable time to prepare] (Local Code T4).
9 Dated: October 19, 2005

                          Respectfully submitted,

                          QUIN DENVIR
                          Federal Defender

                          /s/ Dennis S. Waks
                          _____
                          DENNIS S. WAKS
                          Supervising Assistant Federal Defender
                          Attorney for Defendant
                          MARK CATLEY

Dated: October 19, 2005

                          McGREGOR W. SCOTT
                          United States Attorney

                          /s/ Dennis S. Waks for
                          _____
                          DANIEL LINHARDT
                          Supervising Assistant U.S. Attorney

                     **O R D E R**

IT IS SO ORDERED.

DATED:  October 20, 2005

                          /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge