```
QUIN DENVIR, Bar #49374
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARK CATLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No.  Cr.S. 03-288-GEB | |
| ) | | |
| Plaintiff, ) | **STIPULATION AND ORDER** | |
| ) | | |
| v. ) | | |
| ) | Date: January 13, 2006 | |
| MARK CATLEY, ) | Time: 9:00 a.m. | |
| ) | Judge: Hon. Garland E. Burrell | |
| Defendant. ) | | |
| ) | | |
| _____) | | |

    It is hereby stipulated and agreed to between the United States of America through DANIEL LINHARDT, Supervising Assistant U.S. Attorney, and defendant, MARK CATLEY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference presently set for Friday, December 9, 2005 be continued to January 13, 2006 at 9:00 a.m. for a status conference/change of plea.

    This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The defendant and most of the witnesses are located in the Southern California area.

1  We anticipate that the defendant will enter a plea of guilty, so
2  counsel for the defendant needs additional time to investigate this
3  case.  Furthermore, the defendant needs to discuss details of the
4  agreement with Mr. Linhardt.
5  Speedy trial time is to be excluded from the date of this order
6  through the date of the status conference/change of plea set for
7  January 13, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
8  [reasonable time to prepare] (Local Code T4).
9  Dated: December 7, 2005
                                Respectfully submitted,

                                QUIN DENVIR
                                Federal Defender


                                /s/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                MARK CATLEY

Dated: December 7, 2005

                                McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Dennis S. Waks for
                                _____
                                DANIEL LINHARDT
                                Supervising Assistant U.S. Attorney


                                **O R D E R**

IT IS SO ORDERED.

DATED:  December 13, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge




Stipulation & Order                      2