Dennis S. Waks, Bar #142581
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
MARK CATLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) | Cr.S. 03-288-GEB |
| Plaintiff, )<br>) | |
| v. ) | **STIPULATION AND ORDER PERMITTING TRAVEL WHILE ON RELEASE** |
| ) | |
| MARK CATLEY, )<br>) | |
| Defendant. ) | JUDGE: Hon. Garland E. Burrell |
| ) | |
| _____) | |

    It is hereby stipulated and agreed to between the United States of America through DANIEL LINHARDT, Supervising Assistant U.S. Attorney, and defendant, MARK CATLEY by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the conditions of release may be modified as follows:

    1.  That on July 2, 2003 this defendant was released on a $50,000 appearance bond with an affidavit of surety signed by the defendant's wife, Roselle Catley, from the Central District of California.  Travel was restricted to the Central, Eastern and Southern District's of California.  He surrendered passport No. 037029446.

    2.   The defendant was placed on Pretrial Services Supervision and Tom Sauber is his Pretrial Service Officer.

    3.   That on July 11, 2003 Rule 40 documents were filed and this case was transferred to the Eastern District of California

    4.   The defendant was arraigned before Magistrate Judge Kimberly J. Mueller on December 15, 2003 and defendant was released.

    5.   Between the dates of February 27, 2006, and March 9, 2006, Mark Catley would like to travel from the Central District of California to the Philippines for the purpose of visiting his family, in Angeles City, Philippines, and this trip will be paid for by his family in the Philippines.

    6.   Before travel may occur, Pretrial Services shall verify that Mark Catley has purchased a return ticket from the Philippines to California.

    7.   The Clerk's Office or Pretrial Services shall release defendant Catley's passport to him at his request, no earlier than February 24, 2006.

    8.   Upon his return to the United States, defendant Catley shall return his passport to his Pretrial Services Officer or to his designee no later than close of business on March 17, 2006, so that it may be held pending resolution of his case.

    Mark Catley's absence will not interfere with court proceedings as the next court date is a status conference hearing on February 24, 2006.  Pretrial Services Officer, Tom Sauber, who has supervised the defendant since he was ordered released last July, consents to this modification, but advised defense counsel that travel out of the United States should first be approved by the court.  Mr. Catley's release remains secured by a $50,000.00 appearance bond co-signed by him and by

his wife, Roselle Catley, of Anaheim, California.

```
                              Respectfully submitted,

                              DENNIS S. WAKS
                              Acting Federal Defender

                              /s/ Dennis S. Waks
Dated: January 30, 2006       _____
                              Attorney for MARK CATLEY


                              McGREGOR SCOTT
                              United States Attorney

                              /s/ Daniel S. Linhardt
Dated: January 30, 2006       _____
                              DANIEL S. LINHARDT
                              Supervising Assistant U.S. Attorney
```

**O R D E R**

Defendant Mark Catley may travel to the Philippines between February 27, 2006 and March 9, 2006, upon Pretrial Services's verification of his purchase of a round-trip ticket.

The Clerk of the Court shall return Mr. Catley's passport to him no earlier than February 24, 2006.

Upon his return, Mr. Catley shall surrender his passport to his Pretrial Services Officer or to his designee no later than close of business on March 17, 2006.

All other conditions of release, including the $50,000.00 appearance bond, remain in full force and effect.

IT IS SO ORDERED.

Dated: February 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE