1  DANIEL J. BRODERICK, Bar# 89424
   Acting Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MARK CATLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  Cr.S. 03-288-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MARK CATLEY, | ) | Date: March 31, 2006 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through ANNE PINGS, Assistant U.S. Attorney, and defendant, MARK CATLEY, by and though his counsel, DENNIS S. WAKS, Supervising Federal Defender, that the status conference/change of plea presently set for Friday, February 24, 2006 be continued to March 31, 2006 at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The defendant and most of the witnesses are located in the Southern California area.

1   We anticipate that the defendant will enter a plea of guilty in
2 Magistrate court on March 30, 2006, so counsel for the defendant needs
3 additional time to investigate this case.  Furthermore, the defense
4 needs to discuss the current plea agreement with Anne Pings who was
5 recently assigned to this case.

6   Speedy trial time is to be excluded from the date of this order
7 through the date of the status conference/change of plea set for March
8 31, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time
9 to prepare] (Local Code T4).

10 Dated: February 21, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
MARK CATLEY

17 Dated: February 21, 2006

McGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for
_____
ANNE PINGS
Assistant U.S. Attorney

**O R D E R**

24 Dated:  February 27, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation & Order                  **2**