DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARK CATLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK CATLEY, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Cr.S. 03-288-KJM <br><br> **ORDER TO RELEASE PASSPORT** |

On July 11, 2003, Mr. Catley deposited his passport (receipt #5149) with the Court as a condition of his release on bond.  On March 30, 2006, the defendant pled guilty.  He was sentenced by this Court on May 17, 2007 to 48 months probation and as a condition 80 days home detention with electronic monitoring

We wish to request that Mr. Catley's passport be released to the Federal Defenders Office who will return the passport to Mr. Catley.

/ / /

/ / /

/ / /

/ / /

A proposed order follows for the Court's convenience.

Dated:  August 22, 2007

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                Federal Defender

                                /s/ DENNIS S. WAKS
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for MARK CATLEY

## O R D E R

The Clerk of the Court for the Eastern District of California is ordered to release Mr. Catley's passport to the Federal Defenders Office located at 801 I Street, 3rd Floor, Sacramento, CA  95814.

DATED: August 22, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.criminal/catley0288.ord